# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2557
LT Case No. 2021-DR-001577

_____

CAMILLE A. ABBOUD,

    Petitioner,

    v.

IRYNA R. ABBOUD,

    Respondent.

_____

Petition for Certiorari Review of Order
from the Circuit Court for St. Johns County,
Howard O. McGillin, Judge.

Camille A. Abboud, St. Johns, pro se.

No Appearance for Respondent.

June 26, 2026

WALLIS, J.

Petitioner has previously filed fourteen pro se filings in this Court including the present petition (Case Nos. 5D2023-3383, 5D2023-3455, 5D2023-3463, 5D2023-3482, 5D2024-0799, 5D2024-0831, 5D2024-2799, 5D2024-3413, 5D2025-0061, 5D2025-1441, 5D2025-2557 (the instant petition), 5D2026-0608, 5D2026-0732, and 5D2026-0608).  The instant petition is the fourth pro se filing

Petitioner has brought in this Court from the domestic violence injunction that was the subject of St. Johns County Case No. 2021-DR-1577 (5D2023-3455; 5D2025-1441; 5D2026-0732). The instant petition is untimely, having been filed almost three years after the subject Final Judgment was entered on November 7, 2022.

Additionally, our Court previously documented Petitioner's repetitious and frivolous pro se filings in a previous opinion. *Abboud v. Abboud*, 406 So. 3d 383 (Fla. 5th DCA 2025).

After reviewing Petitioner's Response to this Court's Order to Show Cause dated May 22, 2026, it is clear that Petitioner continues to file pleadings that are an attempt to revisit the same issues which are abusive, repetitive, malicious, frivolous, and an abuse of this Court's process. As such, Petitioner is cautioned that any further pro se pleadings filed in this Court asserting the claim raised in this case regarding St. Johns County Case No. 2021-DR-1577 may result in *Spencer* Sanctions being imposed. *See State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

PETITIONER WARNED.

JAY, C.J., and HARRIS, J., concur.

2